IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JANARI L. MCKINNIE,

    Plaintiff,

v.

MARK HEISZ, BRAD WOLFGRAM,
ALAN MORRIS, JANEL NICKEL,
ANTHONY ASHWORTH,
LESLIE WINSLOW-STANLEY,
GREG GRAMS, DAHLIA SULIENE,
STEVE HELGERSEN,
SANDRA SITZMAN,
KENNETH EVANS, SAMUEL ESSEX,
PETE ERICKSEN and
WILLIAM POLLARD,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-188-bbc

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____
Peter Oppeneer, Clerk of Court

3/10/10
Date